**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Laurel Irene White
Asst. Attorney General
P. O. Box 1710
Alexandria LA 71309


**REHEARING ACTION: April 16, 2008**


**Docket Number: 07   00851-CA**

**JERRY RAMOS**
**VERSUS**
**STATE OF LA, THRU THE DOTD, ET AL.**

**Appealed from Grant Parish Case No. 6242**


**BEFORE JUDGES:**

  **Hon. John D. Saunders**
  **Hon. Marc T. Amy**
  **Hon. Billy Howard Ezell**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana, Thru The DOTD** has this day been

  **DENIED.**


cc: Robert Lawrence Beck Jr., Counsel for the Appellant